UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Sua Sponte Referral for Purposes of Determinating Relationship of Cases has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 11-4390 MMC**    **Flagstar Bank, FSB v. Simmons**
**C 11-5106 JSW**    **Simmons v. Flagstar, FSB**
**C 11-5109 JSW**    **Flagstar Bank, FSB v. Simmons**

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[  ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed actions to the undersigned.  The parties are instructed that all future filings in the later-filed action are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

**DATED:**  November 29, 2011

MAXINE M. CHESNEY
United States District Judge